IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BRANDON AMMONS, individually and on behalf of all others similarly situated,

*Plaintiff,*

vs.

STEPHANIE MUSICK d/b/a
FARMERS INSURANCE MUSICK AGENCY,

*Defendant.*
_____/

Case No. 2:22-CV-121-Z-BR

## NOTICE OF SETTLEMENT

Plaintiff, Brandon Ammons, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within twenty-one (21) days.

Date: September 6, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Texas Bar No. 24124558
ashamis@shamisgentile.com
3839 McKinney Avenue, Suite 155-2319
Dallas, Texas 75204
Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Texas Bar No. 24124558

*Counsel for Plaintiff*